

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00354-CV

JAMAYALL RICHARD, Appellant

V.

MARCELA AYALA AND MOISES AYALA, Appellees

Appeal from the 269th District Court of Harris County. (Tr. Ct. No. 2011-43986).

This case is an appeal from the final judgment signed by the trial court on January 31, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment finding the defendants, Marcela Ayala and Moises Ayala, liable but awarding no damages. Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court for a new trial.

The Court **orders** that appellees, Marcela Ayala and Moises Ayala, jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 10, 2015.

Panel consists of Justices Jennings, Higley, and Brown. Opinion delivered by Justice Brown.